UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED

MAR 1 1 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| IGLESIA EL JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY et al.,<br><br>Defendant. | Case No. 5:17-cv-1077 (RCL) |

**ORDER**

The Court having been advised that the parties have settled this case, this case is hereby **DISMISSED**, subject to reinstatement if the settlement is not effectuated within 30 days.

It is **SO ORDERED**.

SIGNED this 11th day of March, 2020.

_____
Royce C. Lamberth
United States District Judge

1